UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL OPTICAL, an unknown business entity; DMITRIY BANGIYEV, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Civil Action No. 1:18-cv-03900-AT |

## NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    WHEREAS the parties have reached a settlement in principle in the above-entitled action. The parties anticipate that a written settlement agreement will be finalized, and a Stipulation of Dismissal of the Action with Prejudice will be filed within thirty (30) days of today's date.  As such, the parties request that all pretrial and trial dates be vacated, and that a Status Conference re Settlement/Dismissal be set for approximately thirty (30) days from today's date.

| | |
|---|---|
| Dated:    March 25, 2019<br>              Manhattan Beach, California | Respectfully Submitted,<br><br>*/s/ Jessica C. Covington*<br>Jessica C. Covington<br>BLAKELY LAW GROUP<br>1334 Parkview Avenue, Suite 280<br>Manhattan Beach, CA 90266<br>Telephone: (310) 546-7400<br>***Attorney for Plaintiff***<br>***Luxottica Group S.p.A.*** |

| | | |
|---|---|---|
| Dated: | March 25, 2019<br>Manhattan Beach, California | Respectfully Submitted,<br><br>*/s/ Boris R. Nektalov*<br>Boris R. Nektalov<br>(boris.nektalov@gmail.com)<br>LOMBARDINO & NEKTALOV<br>101-05 Lefferts Boulevard<br>Richmond Hill, NY 11419<br>Telephone: (718) 849-7272<br>*Attorneys for Defendants*<br>*National Optical and Dmitriy Bangiyev* |